Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

X FILED _ LODGED
_ RECEIVED _ COPY

MAR 0 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
_____ District of Arizona _____

### Civil Division

Pamela D More

)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
-v-

MAYO CLINIC, A FOREIGN NON-PROFIT
CORPORATION; MAYO CLINIC HOSPITAL;
Rachael Lindor, M.D.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    **CV24-00452-PHX-ESW**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pamela D More |
| Address | 16352 E Ridgeline Drive |

| Fountain Hills | AZ | 85268 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Maricopa |
| Telephone Number | 6025151586 |
| E-Mail Address | stockbrokher@runbox.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MAYO CLINIC |
| Job or Title *(if known)* | |
| Address | 200 First Street Ave SW |

| Rochester | MN | 55905 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Olmsted |
| Telephone Number | 5072842511 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | MAYO CLINIC HOSPITAL |
| Job or Title *(if known)* | Legal/Physical |
| Address | 13400 E Shea Blvd/5777 E Mayo Blvd |

| Scottsdale/Phoenix | AZ | 85054 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Maricopa |
| Telephone Number | 4803018000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

    Name               Rachel Lindor, M.D.

    Job or Title *(if known)*    Physician MAYO HOSPITAL

    Address           5777 E Mayo Blvd

| Phoenix | AZ | 85054 |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County           Maricopa

    Telephone Number    4803018000

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☑ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        Section 1557 Of the ACA makes it unlawful for any health care provider that receives funding from the Federal government to refuse to treat an individual – or to otherwise discriminate against the individual – based on race, color, national origin, sex, age or disability. Section 1557 is the first Federal civil rights law to broadly prohibit discrimination on the basis of sex in all federally funded health care programs.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant failed to perform acts that a person of ordinary prudence would have done under same or similar circumstances (Arizona 12-561-12-563). Plaintiff was treated in an unprofessional+negligent manner directly related to her gender. Section 1557 Of the ACA makes it unlawful for any health care provider that receives funding from the Federal government to refuse to treat an individual – or to otherwise discriminate against the individual – based on race, color, national origin, sex, age or       ▣

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Mayo Clinic Hospital Phoenix, Arizona
ED

B.      What date and approximate time did the events giving rise to your claim(s) occur?
01/05/2020  9:00 PM

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Defendant failed to perform acts that a person of ordinary prudence would have done under same or similar circumstances (Arizona 12-561-12-563)because Plaintiff was the victim of negligent treatment directly related to her gender. Plaintiff presented in E.D. with extreme vertigo, high heart rate (146) + blood pressure well outside of her normal range, light sensitivity, swollen face, debilitating brain fog+odd discoloration of her extremities on photographs - all of which Plaintiff attributed to recent major surgery on head + neck (possibly an auto-immune reaction to a substance introduced in surgery). Nurse + physician obviously presumed drug use. Plaintiff insisted on blood work to rule out drug or alcohol abuse; blood work showed none. Defendant, instead of belatedly performing an appropriate differential diagnosis - which should have included the development of post-surgical POTS (Postural Orthostatic Tachycardic Syndrome, which conformed with Plaintiff's reported symptoms, and with which Plaintiff was diagnosed in November 2022) + instead doubled down on diagnosis of "Delusion Disorder". Plaintiff is in possession of video recordings of her interactions.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the Defendant's unfounded, reckless and negligent diagnosis, it took almost three years for Plaintiff to be properly diagnosed (November, 2022). The result of delayed diagnosis left the Plaintiff bedridden (25% of POTS patients are bedridden), unable to drive (driving was abandoned almost immediately after surgery in 4th Quarter 2019), and unable to perform all of the challenging professional duties which she had had no difficulty performing before her surgical injury and development of POTS. These delays in diagnosis created large + ongoing financial losses and costs for Plaintiff, described in Part V.

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

As a direct result of lack of treatment for brain debilitation, which makes full-time attention to her business impossible, Plaintiff's income has been reduced to 40% of what it was in January 2020 ($30,000.00 v $70,000.00 annually), for an annual loss of approximately $40,000.00 (total, so far,at least $120,000.00). Plaintiff has also been forced to expend at least $35,000.00 on caregivers and transportation assistance, and at least $10,000.00 on private pay physicians, testing, and patient advocates in pursuit of an accurate diagnosis.

Plaintiff asks for compensation of business losses and other above described expenses and costs, and an additional $1.5 Million for unnecessarily prolonged physical suffering, psychological harm and mental anguish - related to unnecessary delays in diagnosis which were aggravated by the utterly negligent diagnosis by the Mayo physician, and with being wrongly labeled with a serious mental disorder when Plaintiff was battling a debilitating physical condition.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    02/29/24

Signature of Plaintiff    *Pamela D. More*

Printed Name of Plaintiff    Pamela D. More

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address