Motion Pleading        2 pages

☑ FILED        ___ LODGED
___ RECEIVED    ___ COPY

OCT 1 8 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## Review of a few key submissions in CV-22-00399-PHX-MTL

Upon reflection, it is unclear to me if exhibits from my previous case CV-22-00399-PHX-MTL are automatically considered in CV-24-00452-DLR.

Therefore, I respectfully request that, for clarity, one new, and   repeat exhibits from CV-22-00399-PHX-MTL be appended to my October 16, 2024 filing in CV-24-00452-DLR.

1. <u>New</u>

 Clarification of medical terms related to dysautonomia

<u>Repeat from CV-22-00399-PHX-MTL</u>

2. POTS diagnosis, November 10, 2022, since verified by my neurologist3.

3. Diagnosis of cerebellar stroke, November 2023

4. Confirmation of the extremely debilitating nature of POTS from several sources, including information from Dysautonomia International that 25% of POTS patients are essentially bedridden, as I am.

5. From Med Twitter

Submission of photo from physician diagnosing POTS which shows extremity discoloration upon standing. Included in the text is physician's expression of frustration that this patient had made repeated attempts to be diagnosed and was misdiagnosed with "anxiety", offering additional evidence to already submitted survey that female POTS patients tend to be misdiagnosed with psychological/psychiatric conditions, rather than the very real neurological condition suggested by their presenting symptoms. The physician also directly associates POTS with Long Covid, buttressing my claim that Covid (SARS 2) is responsible for literally millions of new POTS cases in the U.S.

6. Photo of my foot on Dec 30,2019 showing evident discoloration. Plaintiff has other, extensive video evidence of this discoloration in my possession.

(1)

**7. Accompanying Exhibit #6 (Foot phot0)**

**From previous 2023 submission: narrative regarding my E.D. visit regarding my claims that in my videos my skin seemed to be discolored, not seriously examined by Mayo E.D. attending physician.**

8. Correction to Plantiff filing October 16, 2024

(2)